In the Matter of MURRAY R. MAHANEY, Appellant, v NEW YORK STATE DEPARTMENT OF AGRICULTURE AND MARKETS, Respondent.—Motion to dismiss appeal from administrative inspection warrant dated April 27, 1979 granted, without costs, on the ground no appeal lies from such an ex parte order (CPLR 5701, subd [a], par 2). Sweeney, J. P., Kane, Main, Mikoll and Herlihy, JJ., concur.